UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PHILLIP KNIGHT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-1420** |
| **N. BURL CAIN, WARDEN** | **SECTION "A"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation and Supplemental Report and Recommendation of the United States Magistrate Judge, and having overruled the petitioner's objections to the Magistrate Judge's Report and Recommendation and Supplemental Report and Recommendation, hereby approves the Report and Recommendation and the Supplemental Report and Recommendation of the United States Magistrate Judge and adopts each as its opinion in this matter. Therefore,

**IT IS ORDERED** that Phillip Knight's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE** as time-barred.

February 16, 2016

_____
UNITED STATES DISTRICT JUDGE